**Order entered March 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01530-CV

## IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is the March 6, 2019 request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 10, 2019**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE